**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 25-cr-0363 (DLF)** |
| | * | |
| **CARLOS CUNNINGHAM**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

### MOTION TO WITHDRAW AS COUNSEL AND TO EXTEND THE TIME FOR FILING A RESPONSE TO THE GOVERNMENT'S MOTION TO REVIEW AND APPEAL MAGISTRATE'S RELEASE ORDER

Undersigned counsel hereby moves to withdraw from representation. The reasons in support thereof will be addressed at the Ascertainment of Counsel hearing scheduled for June 2, 2026.

Counsel also moves to extend the time for filing a response to the Government's Motion to Review and Appeal Magistrate's Release Order (ECF 26), which the Court had Ordered be filed no later than noon on June 2, 2026. *See* Minute Order, May 29, 2026. Until the ascertainment of counsel is resolved, a response cannot properly be filed.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the instant Motion was served via ECF on all counsel of record this 2nd day of June, 2026.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**